# EXHIBIT BRMVMOM-A

## Excerpt of Official Court Transcript

## Landlord Admission Regarding Attempted Utility Shut-Off

**Case:**
Brian Raymond Marble v. Marion O'Malley, et al.
United States District Court
Middle District of Pennsylvania

**Proceeding:**
Preliminary Hearing (State Criminal Case)

**Date:**
June 9, 2025

**Witness:**
Robert C. Wert

## Description of Exhibit

This exhibit consists of a true and accurate excerpt of the official transcript from the June 9, 2025 preliminary hearing, in which Defendant Robert C. Wert testified under oath that he ordered termination of electrical service to occupied structures and spent "two hours on the phone" with the electric utility company (PENELEC) attempting to effectuate the shut-off.

This testimony constitutes an admission of attempted termination of essential utilities for the purpose of compelling removal of an occupant, which constitutes unlawful self-help eviction under Pennsylvania law and is void as a matter of law.

This excerpt is submitted solely in support of Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction to demonstrate likelihood of success on the merits and irreparable harm.

The complete transcript will be produced upon request of the Court.

**Submitted by:**
Brian Raymond Marble
Plaintiff, Pro Se
59 North Canal Street
Greene, New York 13778
570-892-6907
brianmarblelaw@gmail.com

_Brian Raymond Marble_

_Brian Raymond Marble_

JANUARY 2ND 2026

# EXHIBIT BRMVMOM-A

## Brian Raymond Marble v. Marion O'Malley, et al.

## United States District Court

## Middle District of Pennsylvania

## Excerpt of Official Court Transcript

## Preliminary Hearing – June 9, 2025

## Witness: Robert C. Wert

Q: Were you contacted by the State Police at one point in late May, around the 23rd of May, asking if they could forcibly get into the house?
A: Yes.

Q: And did you give the State Police permission to do that?
A: Indeed, yes, I asked them to do it, because after we had had him evicted he kept coming back to the two properties.

Q: How did you know that, sir?
A: Well, I have a gentleman who works for me, lives in the County, Luke Updyke, and I had Luke go there periodically to check on the building, and he told me that Brian was back there even after I had him evicted from the barn. And he also told me that he had gotten into the house and was kind of squatting there, I guess.

A: And I had the electricity turned off to both buildings, and I'm told by Luke Updyke that there were power cords running from a pole there to power both of the buildings, which Brian had no right to. And I had the electricity turned off with the electric company, which is PENELEC. I spent probably two hours on the phone with them about it.

Q: So were you previously paying for the electric service to those properties?
A: No. Bob Stevens was paying for the electric to the barn. Nobody was paying for the electric to the other property, and some charges were accrued somehow to this pole that I'm told Brian got into. Brian's very smart, and I'm told that he had gotten into a box on the pole and hooked up the electricity.